UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re: <br><br> SD-CHARLOTTE, LLC, <br><br> Debtor. | Case No.: 20-30149 <br> Chapter 11 |
| In re: <br><br> RTHT INVESTMENTS, LLC, <br><br> Debtor. | Case No.: 20-30152 <br> Chapter 11 |
| In re: <br><br> SD RESTAURANT GROUP, LLC, <br><br> Debtor. | Case No.: 20-30154 <br> Chapter 11 |
| In re: <br><br> SD-MISSOURI, LLC, <br><br> Debtor. | Case No.: 20-30150 <br> Chapter 11 |
| In re: <br><br> SOUTHERN DELI HOLDINGS, LLC, <br><br> Debtor.[1] | Case No.: 20-30151 <br> Chapter 11 |

## **NOTICE TO CREDITORS HOLDING FORTY LARGEST UNSECURED CLAIMS**

The above-captioned debtor filed a Chapter 11 petition in the Western District of North Carolina on February 7, 2020. The Bankruptcy Code, 11 U.S.C. § 1102, requires the Court to appoint a Committee of Unsecured Creditors. Normally the committee consists of those persons willing to serve who hold the seven largest unsecured claims against the debtor.

---

[1] The above-captioned debtors and debtors-in-possession (the "Debtors") filed the Motion of Debtors for Entry of Order Directing Joint Administration of Related Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(b) [Dkt. No. 3] for procedural purposes only. The hearing on this motion is scheduled for Monday, February 10, 2020, at 3:00pm.

You or your company have been listed by the debtor as one of the creditors holding the forty largest claims against the above-captioned debtors and debtors-in-possession on a consolidated basis.[2]  Information regarding the function of the Creditors' Committee is enclosed with this notice.  If you are interested in serving as a member of the Creditors' Committee, please fill out and return the enclosed Notice of Intent to Accept/Decline Appointment to the Creditors' Committee within ten (10) days of the date of this notice.  If appointed, you will receive a copy of the order appointing the Creditors' Committee.  The first Creditors' Committee meeting will be held immediately following the first meeting of creditors unless you receive notice that it will be held at an earlier date.

Please return the Notice of Intent to Accept/Decline Appointment to the Creditors' Committee to the undersigned at the address indicated below within **ten (10) days** of the date of this notice.

Dated:  February 7, 2020.

/s/ Shelley K. Abel
Shelley K. Abel
United States Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC  28202-1669
N.C. Bar #34370
Telephone:  (704) 350-7587   Fax:  (704) 344-6666

---

[2] The Debtors filed the Debtors' Motion for an Order: (I) Authorizing the Filing of (A) Consolidated Master List of Creditors and (B) Consolidated List of Top Unsecured Creditors; and (II) Approving the Form and Manner of Notice of Commencement [Dkt. No. 6].

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SD-CHARLOTTE, LLC, | ) | Case No.:  20-30149 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| In re: | ) | |
| | ) | |
| RTHT INVESTMENTS, LLC, | ) | Case No.:  20-30152 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| In re: | ) | |
| | ) | |
| SD RESTAURANT GROUP, LLC, | ) | Case No.:  20-30154 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| In re: | ) | |
| | ) | |
| SD-MISSOURI, LLC, | ) | Case No.:  20-30150 |
| | ) | Chapter 11 |
| Debtor. | ) | |
| In re: | ) | |
| | ) | |
| SOUTHERN DELI HOLDINGS, LLC, | ) | Case No.:  20-30151 |
| | ) | Chapter 11 |
| Debtors. | ) | |

**<u>NOTICE OF INTENT TO ACCEPT/DECLINE APPOINTMENT TO
CREDITORS' COMMITTEE</u>**

The undersigned, a representative of the company or individual listed below,

\_\_\_    Agrees to accept appointment to the Committee of Unsecured Creditors in the above-referenced case, if so appointed by the Court.

\_\_\_    Declines to accept appointment to the Committee of Unsecured Creditors in the above-referenced case.

Name of Creditor: _____

Name of Representative: _____

Address of Representative: _____

_____

_____

Amount of Claim:  $ _____

Type of Claim: _____

(Please note if you contend that your claim is secured by a lien on property of the debtor or if you maintain a priority status.)

Relationship to Debtor: _____

(Please state whether the creditor is related to the debtor as an insider or other pertinent relationship.)

Representative's Telephone No.: _____  Email: _____

Dated: _____        _____
                                                                     Signature

**Return to: Office of the Bankruptcy Administrator, 402 W. Trade Street, Suite 200, Charlotte, NC 28202-1669, Fax (704) 344-6666, Email: sarah_e_scholz@ncwba.uscourts.gov.**

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| SD-CHARLOTTE, LLC, | ) | Case No.: | 20-30149 |
| | ) | Chapter 11 | |
| Debtor. | ) | | |

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| RTHT INVESTMENTS, LLC, | ) | Case No.: | 20-30152 |
| | ) | Chapter 11 | |
| Debtor. | ) | | |

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| SD RESTAURANT GROUP, LLC, | ) | Case No.: | 20-30154 |
| | ) | Chapter 11 | |
| Debtor. | ) | | |

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| SD-MISSOURI, LLC, | ) | Case No.: | 20-30150 |
| | ) | Chapter 11 | |
| Debtor. | ) | | |

| | | | |
|---|---|---|---|
| In re: | ) | | |
| | ) | | |
| SOUTHERN DELI HOLDINGS, LLC, | ) | Case No.: | 20-30151 |
| | ) | Chapter 11 | |
| Debtors. | ) | | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the Notice to Creditors Holding Forty Largest Unsecured Claims to which this Certificate is attached was served upon the party(s) to this action listed on the attached Exhibit A by depositing a copy of the same, enclosed in a first-class postpaid, properly addressed wrapper, in a Post Office or official depository under the exclusive care and custody of the United States Postal Service on February 7, 2020.

/s/ Shelley K. Abel
Shelley K. Abel
United States Bankruptcy Administrator
402 W. Trade Street, Suite 200
Charlotte, NC  28202-1669
N.C. Bar #34370
Telephone:  (704) 350-7587   Fax:  (704) 344-6666

# EXHIBIT A

| | | |
|---|---|---|
| SONIC INDUSTRIES INC<br>PO Box 268946<br>Oklahoma City, OK 73126 | ITRIA VENTURES LLC<br>One Penn Plaza, Suite 4530<br>New York, NY 10119 | LIBERTAS FUNDING, LLC<br>382 Greenwich Avenue<br>Suite 2 Second Floor<br>Greenwich, CT 06380 |
| MERCHANTS FOOD SERVICE<br>PO Box 1351<br>Hattiesburg, MS 39403-1351 | TVT 2.0, LLC<br>1111 Draper Pky, Suite 200<br>Draper, UT 84020 | EIN CAP, INC.<br>160 Pearl Street, 5th Floor<br>New York, NY 10005 |
| NATIONAL RETAIL PROPERTIES INC<br>PO Box 864205<br>Orlando, FL 32886-4205 | ADVANTAGE PLATFORM SERVICES, INC.,<br>(DBA) ADVANTAGE CAPITAL FUNDING<br>104 E. 25th Street 10th Floor<br>New York, NY 10010 | REINHART FOODSERVICE LLC<br>6250 N River Road, Suite 9000<br>Rosemont, IL 60018 |
| REGION CAPITAL<br>323 Sunny Isles Blvd, Suite 501<br>Sunny Isles, FL 33160 | EBF PARTNERS, LLC (DBA EVEREST<br>BUSINESS FUNDING)<br>5 West 37th Street, Suite 1100<br>New York, NY 10018 | AJ EQUITY GROUP LLC<br>1451 47th Street<br>Brookland, NY 11219 |
| APP FUNDING LLC/ROYAL<br>BUSINESS GROUP, LLC<br>1685 Ralph David Abernathy Blvd<br>Atlanta, GA 30310 | MANTIS FUNDING, LLC<br>64 Beaver Street, Suite #344<br>New York, NY 10004 | AMS CONTRACTORS INC<br>6511 South Rocky River Road<br>Monroe, NC 28112 |
| MINACAKE<br>422 St Remy Blvd<br>Oxford, MS 38655 | PERFORMANCE FOOD SERVICE<br>2801 Alex Lee Blvd<br>Florence, SC 29506 | BLUE CROSS BLUE SHIELD<br>PO Box 580017<br>Charlotte, NC 28258-0017 |
| LOOMIS Dept 0757<br>PO Box 120001<br>Dallas, TX 75312-0757 | CHENEY BROTHERS INC<br>1 Cheney Way<br>Riviera Beach, FL 33404 | BIMBO BAKERIES USA<br>PO Box 842419<br>Boston, MA 02284-2419 |
| RPSC GREENWOOD RETAIL<br>LLP6080 Jericho Tpke Ste 101<br>Commack, NY 11725 | PRITCHARD AND JERDEN<br>950 East Paces Ferry Road Ne, Suite 2000<br>Atlanta, GA 30326 | IPFS CORPORATION<br>1055 Broadway 11th Fl<br>Kansas City, MO 64105 |
| SMITH AND GREENE COMPANY INC<br>19015 66th Ave<br>South Kent, WA 98032-1154 | SERVICE PROPERTIES TRUST CORP<br>PO Box 776903<br>Chicago, IL 60677-6903 | DAVID JOE PHILLIPS<br>201 Telegraph Hill Blvd #2<br>San Francisco, CA 94133 |
| SPIRIT REALTY LLP<br>2727 North Hanwood Street, Suite 300<br>Dallas, TX 75201 | STORE CAPITAL CORPORATION<br>8377 E Hartford Dr Suite 100<br>Scottsdale, AZ 85255 | HAGAR RESTAURANT<br>SERVICE INC<br>6200 NW 2nd Street<br>Oklahoma City, OK 73127 |
| NUCO2<br>PO Box 417902<br>Boston, MA 02241-7902 | GREER WALKER LLP<br>227 W Trade Street, Suite 1100<br>Charlotte, NC 28202 | ADVANTAGE II<br>1816 Sea Shell Ct<br>Windsor, CO 80550 |
| P AND M HOLDING GROUP LLP<br>16060 Collections Center Dr<br>Chicago, IL 60693 | IA MATTHEWS SYCAMORE, LLC 3025<br>Highland Parkway Suite 350<br>Downers Grove, IL 60515 | FTS BEREWICK, LLC<br>Attn: Jackson Smith<br>610 E. Morehead St, Suite 100\<br>Charlotte, NC 28202 |
| LUCENT TECH INC MASTER<br>PENSION TRUST<br>4725 Piedmont Row Dr Suite 800<br>Charlotte, NC 28210 | GROUP 11 ADVISORS LLC<br>600 City Pkwy W Ste 650<br>Orange, CA 92868 | MECKLENBURG COUNTY TAX<br>COLLECTOR-PROP TAX<br>PO Box 71063<br>Charlotte, NC 28272-1063 |
| HUNTER MECHANICAL LLC<br>226 Salters Creek Rd<br>Hampton, VA 23661 | | |