**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE: | Chapter 11 |
| SD-Charlotte, LLC, *et al.*,[1] | Case No. 20-30149 |
| Debtors. | Joint Administration Requested |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rule 9010(b), the undersigned, A. Cotten Wright of the law firm of Grier Wright Martinez, PA, appearing on behalf Bridge Funding Group, Inc., in the above-referenced bankruptcy case and related jointly administered cases, requests that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, and Section 1109 of the United States Bankruptcy Code, all documents filed with the Court and all notices given or filed in the case be served upon:

> A. Cotten Wright
> Grier Wright Martinez, PA
> 521 E Morehead Street, Suite 440
> Charlotte, North Carolina 28202
> (704) 375-3720 Telephone
> (704) 332-0215 Facsimile
> cwright@grierlaw.com

This request is made with respect to all motions, orders, notices, and other pleadings of any nature, including but not limited to adversary proceedings, filed in this case.

This Notice of Appearance and Request for Notice shall not be deemed or construed as a waiver of the rights of Bridge Funding Group, Inc. to assert or exercise any rights, claims, actions, setoffs, or recoupments to which it is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

This Notice of Appearance and Request for Notice does not give express or implied consent by the undersigned to accept service of process of any action commenced under Rule 7001 of the Federal Rules of Bankruptcy Procedure.

---

[1] The Debtors in the following cases have requested that their cases be jointly administered: SD-Charlotte, LLC, Case No. 20-30149; RTHT Investments, LLC, Case No. 20-30152; SD Restaurant Group, LLC, Case No. 20-30154; SD-Missouri, LLC, Case No. 20-30150; and Southern Deli Holdings, LLC, Case No. 20-30151.

This is the 10th day of February, 2020.

/s/ A. Cotten Wright
A. Cotten Wright (N.C. State Bar No. 28162)
Grier Wright Martinez, PA
521 E Morehead Street, Suite 440
Charlotte, North Carolina 28202
704.375.3720 Telephone
704.332.0215 Fax
cwright@grierlaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the foregoing *Notice of Appearance and Request for Notice* were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina, electronic case filing system to receive notices for this case.

This is the 10th day of February, 2020.

/s/ A. Cotten Wright
A. Cotten Wright (N.C. State Bar No. 28162)
Grier Wright Martinez, PA
521 E Morehead Street, Suite 440
Charlotte, North Carolina 28202

2