# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### AT CHARLOTTE

| | |
|---|---|
| In re: ) | |
| ) | |
| SD-CHARLOTTE, LLC, ) | Chapter 11 |
| RTHT INVESTMENTS, LLC, ) | |
| SD RESTAURANT GROUP, LLC, ) | Case No. 20-30149 |
| SD-MISSOURI, LLC, and ) | |
| SOUTHERN DELI HOLDINGS, LLC, ) | Joint Administration Requested |
| | |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned appears for and on behalf of Itria Ventures, LLC ("Itria"), for all purposes in connection with this case. Pursuant to Bankruptcy Rules 2002, 3017 and 9010(b) the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, plans and disclosure statements filed or served in this case, and requests that the name and address of the undersigned be added to all mailing matrices in this case. Service may be made and directed as follows:

> Mignon A. Lunsford, Esq.
> BURR & FORMAN LLP
> 421 Fayetteville Street
> Suite 1100, Office 1140
> Raleigh, North Carolina  27601
> Telephone:  (919) 334-4709
> Facsimile:  (919-573-0771
> Email:  mlunsford@burr.com

This notice of appearance and request for notices is submitted for the limited purpose of receiving copies of notices, pleadings, judgments and orders in this case.  By submitting this notice

42955993 v1

of appearance and request for notices, Itria is not consenting to or submitting to the jurisdiction of the Bankruptcy Court for any purpose, and Itria expressly reserves the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which Itria may be a party.

 Respectfully submitted,

 *s/ Mignon A. Lunsford*
 Mignon A. Lunsford
 N.C. Bar No. 46220
 BURR & FORMAN LLP
 421 Fayetteville Street
 Suite 1100, Office 1140
 Raleigh, North Carolina  27601
 Telephone:  (919) 334-4709
 Facsimile:  (919-573-0771
 Email:  mlunsford@burr.com

 *Counsel for Itria Ventures, LLC*

## CERTIFICATE OF SERVICE

 I hereby certify that on this 10th day of February, 2020, a true and correct copy of the ***Notice of Appearance and Request for Notices*** was filed electronically.  Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

 *s/ Mignon A. Lunsford*
 MIGNON A. LUNSFORD

42955993 v1