IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br><br>**SD-CHARLOTTE, LLC,** *et al.,* [1]<br><br>**DEBTORS.** | Chapter 11<br><br>Case No. 20-30149<br>(Joint Administration) |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the law firm of Hull & Chandler, P.A. hereby enters its appearance in the above-captioned bankruptcy case (the "Bankruptcy Case") as counsel for The Merchants Company d/b/a Merchants Foodservice ("Merchants").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rules 2002, 3017, and 9007, the undersigned requests that copies of all notices, pleadings, and other papers required to be served upon the Merchants in the Bankruptcy Case be served upon the following persons, and that such persons be added to the mailing matrix in the Bankruptcy Case:

> Felton E. Parrish
> HULL & CHANDLER, P.A.
> 1001 Morehead Square Drive, Suite 450
> Charlotte, NC 28203
> Phone:  704-375-8488
> Fax:  704-375-8487
> Email: fparrish@lawyercarolina.com

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are SD-Charlotte, LLC (7237); RTHT Investments, LLC (2540); SD Restaurant Group, LLC (0331); SD-Missouri, LLC (8294); and Southern Deli Holdings, LLC (9425).

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegram, telex, telecopier or otherwise which affect or seek to affect in any way the rights or interests of the Merchants with respect to the above-captioned debtor.

Neither this Notice of Appearance, nor any subsequent appearance, pleading, claim or suit, is intended to waive: (a) the right of the Merchants to have final orders in (i) noncore matters, or (ii) matters designated for final adjudication in the Bankruptcy Court as a statutory matter pursuant to 28 U.S.C. § 157(b), but prohibited from proceeding as such pursuant to Article III of the Constitution, entered only after *de novo* review by a federal district court judge (and nothing contained herein shall be construed or otherwise deemed to be a waiver of such right by the Merchants or consent by the Merchants to final adjudication in the Bankruptcy Court of such matters); (b) the right of the Merchants to have the reference withdrawn by the federal district court in any matter subject to mandatory or discretional withdrawal; (c) the right of the Merchants to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (d) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (e) an election of remedy; or (f) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Merchants is or may be entitled under any agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

This the 14th day of February 2020.

/s/ Felton E. Parrish
Felton E. Parrish (N.C. Bar No. 25448)
HULL & CHANDLER, P.A.
1001 Morehead Square Drive, Suite 450
Charlotte, NC 28203
Phone:  704-375-8488
Fax:  704-512-0525
Email: fparrish@lawyercarolina.com

*Counsel to The Merchants Company d/b/a Merchants Foodservice*