## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

---

In re:

**SD-CHARLOTTE, LLC**,                    Case No. 20-30149
                         Debtor.                Chapter 11

---

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

---

**PLEASE TAKE NOTICE** that **NWWP LP** ("NWWP") hereby requests as provided in 11 U.S.C. §§101(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and sent to the following:

> Ashley A. Edwards, Esq.
> Parker Poe Adams & Bernstein LLP
> 401 South Tryon Street, Suite 3000
> Charlotte, North Carolina 28202
> Telephone: (704) 372-9000

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, conference, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, electronic mail, delivery, telephone, telegraph, telex, telecopy, or otherwise in this case.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance or Request for Service nor any subsequent appearance, pleading, claim or suit, is intended to waive and should not be construed as a waiver of NWWP's (i) right to have final orders in noncore matters entered only after *de novo* review or trial by a District Court, (ii) right to trial by jury in any proceeding or trial so triable herein or in any case, controversy, or proceeding relating hereto, (iii) right to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) rights, claims, actions, defenses, setoffs or recoupments to which NWWP is or may be entitled to under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs or recoupments NWWP expressly reserves. Further, this Notice of Appearance constitutes a special appearance and is not to be deemed a consent to or waiver of the right to challenge jurisdiction of any court including, without limitation, the United States Bankruptcy Court for the Western District of North Carolina, all of which rights are reserved without prejudice.

This the 17th day of January, 2020.

> /s/ Ashley A. Edwards, Esq.
> Ashley A. Edwards, Esq. (NC Bar No. 40695)
> Parker Poe Adams & Bernstein LLP
> 401 South Tryon Street, Suite 3000
> Charlotte, North Carolina 28202
> Telephone: (704) 372-9000
> ashleyedwards@parkerpoe.com
> *Attorney for NWWP LP*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to the following:

Hillary B. Crabtree                                          U.S. Bankruptcy Administrator Office
Zachary H. Smith                                            402 W. Trade Street
Joanne Wu                                                    Suite 200
Moore & Van Allen PLLC                                Charlotte, NC 28202-1669
100 N. Tryon Street, Suite 4700
Charlotte, NC 28202-4003
*Attorney for Debtor*

Felton Parrish
Hull & Chandler, P.A.
1001 Morehead Square Drive, Suite 450
Charlotte, NC 28203
*Attorney for Debtor*

This the 17th day of January, 2020.

/s/ Ashley A. Edwards, Esq.
Ashley A. Edwards, Esq. (NC Bar No. 40695)
Parker Poe Adams & Bernstein LLP
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
ashleyedwards@parkerpoe.com
*Attorney for NWWP LP*