# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### AT CHARLOTTE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SD-CHARLOTTE, LLC, | ) | Chapter 11 |
| RTHT INVESTMENTS, LLC, | ) | |
| SD RESTAURANT GROUP, LLC, | ) | Case No. 20-30149 |
| SD-MISSOURI, LLC, and | ) | |
| SOUTHERN DELI HOLDINGS, LLC, | ) | Jointly Administered |
| | | |
| Debtors. | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned appears for and on behalf of Itria Ventures LLC ("Itria"), for all purposes in connection with this case. Pursuant to Bankruptcy Rules 2002 and 9010(b) the undersigned hereby requests service of all notices, applications, motions, orders, pleadings, reports, plans and disclosure statements filed or served in this case, and requests that the name and address of the undersigned be added to all mailing matrices in this case. Service may be made and directed as follows:

> Shai Schmidt, Esq.
> KASOWITZ BENSON TORRES LLP
> 1633 Broadway
> New York, New York 10019
> Telephone: (212) 506-1949
> Facsimile: (212) 500-3462
> Email: sschmidt@kasowitz.com

This notice of appearance and request for notices is submitted for the limited purpose of receiving copies of notices, pleadings, judgments and orders in this case. By submitting this notice of appearance and request for notices, Itria is not consenting to or submitting to the jurisdiction of

the Bankruptcy Court for any purpose, and Itria expressly reserves the right to contest the jurisdiction of the Bankruptcy Court and/or to demand a jury trial in any matter or proceeding to which Itria may be a party.

Respectfully submitted,

/s/ Shai Schmidt
Shai Schmidt
*Admitted Pro Hac Vice*
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1949
Facsimile: (212) 500-3462
Email: sschmidt@kasowitz.com

Mignon A. Lunsford
N.C. Bar No. 46220
BURR & FORMAN LLP
421 Fayetteville Street
Suite 1100, Office 1140
Raleigh, North Carolina 27601
Telephone: (919) 334-4709
Facsimile: (919-573-0771
Email: mlunsford@burr.com

*Counsel for Itria Ventures LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February 2020, a true and correct copy of the ***Notice of Appearance and Request for Notices*** was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Shai Schmidt
Shai Schmidt