# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

-----------------------------------------------------------x
In re                                                      :
                                                           :
SD-CHARLOTTE, LLC, *et al.*,[1]                            :  Case No. 20-30149
                                                           :  Chapter 11 (Jointly Administered)
            Debtors.                                       :
-----------------------------------------------------------x

## NOTICE OF APPEARANCE

The undersigned hereby enters his appearance as counsel for STORE Capital Corporation and SVCN 1, LLC (formerly Spirit Master Funding, LLC) in the above-captioned cases and requests that copies of all documents required to be served on STORE Capital Corporation and SVCN 1, LLC in these proceedings be served on him.

This, the 24th day of February, 2020.

                    NELSON MULLINS RILEY
                    & SCARBOROUGH LLP

                    By: s/ Thomas G. Hooper
                        Thomas G. Hooper
                        N.C. State Bar No. 25571
                        301 South College Street, Suite 2300
                        Charlotte, North Carolina 28202
                        Telephone: (704) 417-3000
                        Facsimile: (704) 377-4814
                        Email: tom.hooper@nelsonmullins.com

                        *Attorneys for STORE Capital Corporation
                        & SVCN 1, LLC*

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: SD-Charlotte, LLC (7237); RTHT Investments, LLC (2540); SD Restaurant Group, LLC (0331); SD-Missouri, LLC (8294); and Southern Deli Holdings, LLC (9425).

**Certificate of Service**

The undersigned certifies that, on February 24, 2020, the foregoing document was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties identified on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

NELSON MULLINS RILEY
& SCARBOROUGH LLP

By: s/ Thomas G. Hooper
Thomas G. Hooper
N.C. State Bar No. 25571
301 South College Street, Suite 2300
Charlotte, North Carolina 28202
Telephone: (704) 417-3000
Facsimile: (704) 377-4814
Email: tom.hooper@nelsonmullins.com

*Attorneys for STORE Capital Corporation
& SVCN 1, LLC*
