# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

-------------------------------------------------------------x
In re                                             :
                                                  :
SD-CHARLOTTE, LLC, *et al.*,[1]                   :   Case No. 20-30149
                                                  :   Chapter 11 (Jointly Administered)
                 Debtors.                         :
-------------------------------------------------------------x

## NOTICE OF APPEARANCE

The undersigned hereby enters his appearance as counsel for STORE Capital Corporation and SVCN 1, LLC (formerly Spirit Master Funding, LLC) in the above-captioned cases and requests that copies of all documents required to be served on STORE Capital Corporation and SVCN 1, LLC in these proceedings be served on him.

This, the 24th day of February, 2020.

                                              NELSON MULLINS RILEY
                                              & SCARBOROUGH LLP

                                              By: s/ Thomas G. Hooper
                                                   Thomas G. Hooper
                                                   N.C. State Bar No. 25571
                                                   301 South College Street, Suite 2300
                                                   Charlotte, North Carolina 28202
                                                   Telephone: (704) 417-3000
                                                   Facsimile: (704) 377-4814
                                                   Email: tom.hooper@nelsonmullins.com

                                                   *Attorneys for STORE Capital Corporation*
                                                   *& SVCN 1, LLC*

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: SD-Charlotte, LLC (7237); RTHT Investments, LLC (2540); SD Restaurant Group, LLC (0331); SD-Missouri, LLC (8294); and Southern Deli Holdings, LLC (9425).

## **Certificate of Service**

The undersigned certifies that, on February 24, 2020, the foregoing document was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties identified on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

> NELSON MULLINS RILEY
> & SCARBOROUGH LLP
>
> By: s/ Thomas G. Hooper
>     Thomas G. Hooper
>     N.C. State Bar No. 25571
>     301 South College Street, Suite 2300
>     Charlotte, North Carolina 28202
>     Telephone: (704) 417-3000
>     Facsimile: (704) 377-4814
>     Email: tom.hooper@nelsonmullins.com
>
>     *Attorneys for STORE Capital Corporation*
>     *& SVCN 1, LLC*