IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-30149 |
| | § | |
| SD-Charlotte, LLC, *et al.*,[1] | § | Chapter 11 |
| | § | |
| Debtors. | § | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Advantage II Incorporated, LLC. ("Advantage II") by and through the undersigned counsel, request that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned case be given to and served upon:

> John D. Cornwell
> Grant M. Beiner
> Munsch Hardt Kopf & Harr, P.C.
> 700 Milam Street, Suite 2700
> Houston, Texas 77002
> Telephone: (713) 222-1470
> Facsimile: (713) 222-1475
> jcornwell@munsch.com
> gbeiner@munsch.com

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of Title 11, United States Code or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules of Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect the above case.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: SD-Charlotte, LLC (7237); RTHT Investments, LLC (2540); SD Restaurant Group, LLC (0331); SD-Missouri, LLC (8294); and Southern Deli Holdings, LLC (9425).

4830-0949-8806v.1

This Notice of Appearance and Request for Notices shall not be deemed or construed to be a waiver of rights of Advantage II (i) to have final orders in noncore matters entered only after de novo review by a United States District Judge, (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) to contest jurisdiction or venue in this case or in any case, controversy, or proceeding related to these cases, (v) to have documents served in accordance with Federal Rule of Bankruptcy Procedure 7004 and Federal Rule of Civil Procedure 4, or (vi) to any rights, claims, actions, setoffs, or recoupments to which Advantage II is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted this 25th day of February, 2020.

       **MUNSCH HARDT KOPF & HARR, P.C.**

       By: */s/ Grant M. Beiner*
       John D. Cornwell
       Texas Bar No. 24050450
       Grant M. Beiner
       Texas Bar No. 24116090
       700 Milam Street, Suite 2700
       Houston, Texas 77002
       Telephone: (713) 222-1470
       Facsimile: (713) 222-1475
       jcornwell@munsch.com
       gbeiner@munsch.com

       **COUNSEL FOR**
       **ADVANTAGE II INCORPORATED, LLC**

## **CERTIFICATE OF SERVICE**

This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on February 25, 2020.

       */s/ Grant M. Beiner*
       Grant M. Beiner

4830-0949-8806v.1