IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re:<br><br>SD-CHARLOTTE, LLC, *et al.*,[1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 20-30149-LTB<br><br>Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors appointed in the above-captioned cases (the "Committee"), hereby appears by its proposed co-counsel, Shumaker, Loop & Kendrick, LLP ("Shumaker"). Shumaker hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and requests that the undersigned be added to the official mailing matrix and service lists in these cases. Shumaker requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including, but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon the Committee through service upon Shumaker, at the address and email addresses set forth below:

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are SD-Charlotte, LLC (7237); RTHT Investments, LLC (2540); SD Restaurant Group, LLC (0331); SD-Missouri, LLC (8294); and Southern Deli Holdings, LLC (9425).

**Error! Unknown document property name.**

SHUMAKER, LOOP & KENDRICK, LLP
David H. Conaway
Ronald D. P. Bruckmann
101 S. Tryon Street, Suite 2200
Charlotte, North Carolina 28280
Telephone: (704) 375-0057
Fax: (704) 332-1197
Email: dconaway@shumaker.com
rbruckmann@shumaker.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served, transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**Error! Unknown document property name.**  2

Dated: February 26, 2020

SHUMAKER, LOOP & KENDRICK, LLP

By: /s/ David H. Conaway
David H. Conaway (N.C. Bar No. 10648)
Ronald D.P. Bruckmann (N.C. Bar No. 53693)
101 S. Tryon Street, Suite 2200
Charlotte, North Carolina  28280
Telephone: (704) 375-0057
Facsimile:  (704) 332-1197

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP

Bradford J. Sandler (DE Bar No. 4142)
Shirley S. Cho (CA Bar No. 192616)
Jason Rosell (CA Bar 269126)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  bsandler@pszjlaw.com
        scho@pszjlaw.com
        jrosell@pszjlaw.com

*Proposed Counsel for the Official Committee of Unsecured Creditors*

**Error! Unknown document property name.**  3