# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SD-Charlotte, LLC, *et al.*,[1] | ) | Case No. 20-30149 (LTB) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* FOR C. KEVIN KOBBE

I, Deborah L. Fletcher, am a partner with the law firm of FisherBroyles LLP and am a member in good standing of the Bar of this Court. Pursuant to the admission requirements of Rule 2090-2 of the Local Rules of this Court and Rule 83.1 of the Local Rules for Procedure and Practice of the United States District Court for the Western District of North Carolina, I move for the *pro hac vice* admission of C. Kevin Kobbe to practice in this Court for the purpose of representing MOD Super Fast Pizza, LLC and MOD Super Fast Pizza Franchising, LLC in the above-captioned cases. In support of this Motion, the undersigned respectfully represents to the Court as follows:

1.  C. Kevin Kobbe is a partner with the law firm of DLA Piper LLP (US), and his office is located at The Marbury Building, 6225 Smith Avenue, Baltimore, Maryland 21209. Mr. Kobbe's telephone number is (410) 580-4189, and his facsimile number is (410) 580-3189. Mr. Kobbe's email address is kevin.kobbe@dlapiper.com.

2.  As stated in his attached Declaration, Mr. Kobbe is a member in good standing of the Bar of the State of Maryland (admitted in 1990), and he is admitted to practice in the United States District Court for the District of Maryland, the United States District Court for the District of Columbia, the United States Court of Appeals for the Third Circuit, and the United States Court

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: SD-Charlotte, LLC (7237); RTHT Investments, LLC (2540); SD Restaurant Group, LLC (0331); SD-Missouri, LLC (8294); and Southern Deli Holdings, LLC (9425).

of Appeals for the Fourth Circuit. Further, as stated in his attached Declaration, Mr. Kobbe is familiar with the provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules pertinent to this matter.

3.  With reference to all matters incident to these cases, Mr. Kobbe submits to the disciplinary jurisdiction and the civil jurisdiction of, and agrees to be subject to the orders of, the United States Bankruptcy Court for the Western District of North Carolina for any alleged misconduct that occurs in the course of these chapter 11 cases.

4.  The $281.00 fee for admission pro *hac vice* is being submitted concurrently with the filing of this Motion, consistent with Local Bankruptcy Rule 2090-2(c)(1).

WHEREFORE, the movant respectfully requests that the Court enter an Order, substantially in the form attached hereto, admitting C. Kevin Kobbe to appear before the Court *pro hac vice* in these cases.

Dated: February 28, 2020
Charlotte, North Carolina

Respectfully submitted

*/s/ Deborah L. Fletcher*
Deborah L. Fletcher
N.C. Bar No. 20254
FISHERBROYLES LLP
6000 Fairview Road, Suite 1200
Charlotte, North Carolina 28210
(By Appointment Only)
Telephone: (704) 442-7263
Facsimile: (704) 731-0694
Email: deborah.fletcher@fisherbroyles.com

3

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the date set forth below, the foregoing *Motion for Admission to Practice Pro Hac Vice for C. Kevin Kobbe* was electronically filed via the Court's CM-ECF system, which sent notification to all parties registered to receive notice through the Court's CM/ECF system.

Dated:  February 28, 2020
Charlotte, North Carolina

Respectfully submitted

 */s/ Deborah L. Fletcher*
Deborah L. Fletcher
FISHERBROYLES LLP
6000 Fairview Road, Suite 1200
Charlotte, North Carolina  28210
(By Appointment Only)
Telephone: (704) 442-7263
Facsimile:  (704) 731-0694
Email: deborah.fletcher@fisherbroyles.com