IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Bankruptcy Case No. 20-30149 |
| SD-CHARLOTTE, LLC, ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE THAT the undersigned hereby appears in this matter on behalf of the Gatsios Living Trust dated November 14, 2011 in the above-captioned bankruptcy proceeding, and hereby requests, as provided in 11 U.S.C. § 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the address set out below:

Stacy C. Cordes
Burt & Cordes, PLLC
122 Cherokee Road, Suite 1
Charlotte, North Carolina 28207
E-mail: scordes@burtcordeslaw.com

This the 2nd day of March, 2020.

**BURT & CORDES, PLLC**

By:   /s/ Stacy C. Cordes
       Stacy C. Cordes
       State Bar No. 18122
       122 Cherokee Road, Suite 1
       Charlotte, North Carolina 28207
       Telephone:   704.332.3282
       Facsimile:   704.332.3324

## CERTIFICATE OF SERVICE

      I hereby certify that on 2nd day of March, 2020, I electronically filed the foregoing Notice of Appearance and Request for Service with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties:

U.S. Bankruptcy Administrator

Hillary B. Crabtree
Moore & VanAllen, PLLC

Zachary H. Smith
Moore & VanAllen, PLLC

Joanne Wu
Moore & VanAllen, PLLC

David E. Avraham
DLA Piper

Grant Matthew Beiner
Munsch Hardt Kopf & Harr, PC

Sheryl Betance
Stretto

Ronald David Paul Bruckmann
Shumaker Loop & Kendrick, LLP

John H. Capitano
Horack Talley Pharr & Lowndes, PA

Shirley S. Cho
Pachulski Stang Ziehl & Jones, LLP

Jeffrey S. Cianciulli
Weir & Partners

David H. Conaway
Shumaker Loop & Kendrick, LLP

Michael A. DiGiacomo
Ballard Spahr, LLP

Ashley A. Edwards
Parker Poe Adams Bernstein, LLP

Deborah L. Fletcher
FisherBroyles, LLP

Craig Solomon Ganz
Ballard Spahr, LLP

Todd M. Gardella
Lazer, Aptheker, Rosella & Yedid, P.C.

Steven A. Ginther
Missouri Department of Revenue

Melissa A. Hager
Kelley Drye & Warren, LLP

Thomas G. Hooper
Nelson Mullins Riley & Scarborough, LLP

Frank B.B. Knowlton
Nelson Mullins Riley & Scarborough, LLP

Robert L. LeHane
Kelley Drye & Warren, LLP

Cody R. Loughridge
Bailey & Dixon, LLP

Mignon Arrington Lunsford
Burr & Forman, LLP

Felton Parrish
Hull & Chandler, P.A.

Brandon Keith Poston
Nelson Mullins Riley & Scarborough, LLP

Jennifer D. Raviele
Kelley Drye & Warren, LLP

Jason Rosell
Pachulski Stang Ziehl & Jones, LLP

Stephen W. Rosenblatt
Butler Snow, LLP

Bradford J. Sandler
Pachulski Stang Ziehl & Jones, LLP

David M. Schilli
Robinson Bradshaw & Hinson, P.A.

Shai Schmidt
Kasowitz Benson Torres, LLP

Gregory Lee Shelton
Shelton Law Carolinas

Adam Shiff
Kasowitz Benson Torres, LLP

Daniel Simon
DLA Paper

Linda Wright Simpson
JD Thompson Law

Zachary H. Smith
Moore & VanAllen, PLLC

Glenn C. Thompson
Hamilton Stephens Steele & Martin, PLLC

John C. Woodman
Essex Richards

Anna Cotton Wright
Grier Wright Martinez, PA

This the 2nd day of March, 2020.

                                         **BURT & CORDES, PLLC**

                              By:   /s/ Stacy C. Cordes
                                    Stacy C. Cordes
                                    State Bar No. 18122
                                    122 Cherokee Road, Suite 1
                                    Charlotte, North Carolina 28207
                                    Telephone:   704.332.3282
                                    Facsimile:    704.332.3324

4