# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re: | ) |
| | ) |
| **SD-CHARLOTTE, LLC,** *et al.*,[1] | )   Case No. 20-30149 |
| | )   Chapter 11 (Jointly Administered) |
| **Debtors.** | ) |
| _____ | ) |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE AND NOTICE OF PLEADINGS

PLEASE TAKE NOTICE that pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned Lisa P. Sumner, of the law firm of Nexsen Pruet, PLLC, appearing as counsel for Edward Don & Company (our "Client") in the above-captioned case, requests that service be made on her of all documents filed and/or served in the case.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes all pleadings, orders, notices, motions, applications, requests, complaints, demands, answers, objections, responses, memoranda, and briefs, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegram, telex, telecopier, e-mail, or otherwise which affect or may affect in any way the rights or interests of our Client.

This notice and request is not to be deemed a consent to or a waiver of the right to challenge the jurisdiction of the Bankruptcy Court, including, without limitation, the jurisdiction of the Court to adjudicate non-core matters or the waiver of a right to a jury trial, all of which our Client reserves without prejudice.

Please serve all documents on the undersigned counsel at the mailing address shown in the signature block below, facsimile number, or e-mail address, as appropriate, although nothing herein shall be deemed to consent to service of process by e-mail.

This the 2nd day of March, 2020

                                                /s/ Lisa P. Sumner
                                                Lisa P. Sumner
                                                NC State Bar Number 22838
                                                4141 Parklake Ave., Ste 200
                                                Raleigh, NC 27612
                                                Phone: (919) 573-7423
                                                Fax: (919) 573-7454
                                                E-Mail: lsumner@nexsenpruet.com
                                                Attorneys for *Edward Don & Company*

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: SD-Charlotte, LLC (7237); RTHT Investments, LLC (2540); SD Restaurant Group, LLC (0331); SD-Missouri, LLC (8294); and Southern Deli Holdings, LLC (9425).

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| In re: | ) |
| | ) |
| **SD-CHARLOTTE, LLC,** *et al.*, | )  Case No. 20-30149 |
| | )  Chapter 11 (Jointly Administered) |
| **Debtors.** | ) |
| _____ | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is over eighteen (18) years of age and that a copy of the NOTICE OF APPEARANCE, REQUEST FOR SERVICE AND NOTICE OF PLEADINGS was this day served upon the below-named persons, parties, and/or counsel by depositing a copy thereof in the United States Mail, First Class, postage prepaid, to the addresses shown below, or by CM/ECF to all those on the electronic service list in this case:

| (via US Mail)<br>RTHT Investments, LLC<br>131 East Lincoln Ave., Ste C<br>Fort Collins, CO 80524 | (via ECF)<br>Hillary B. Crabtree<br>Moore & Van Allen PLLC<br>100 N. Tryon Street, Suite 4700<br>Charlotte, NC 28202-4003 |
|---|---|

This the 2nd day of March, 2020.

        By: /s/ Lisa P. Sumner
        Lisa P. Sumner, Esq.
        NC State Bar Number 22838
        Nexsen Pruet, PLLC
        4141 Parklake Avenue, Suite 200
        Raleigh, NC 27612
        Telephone: (919) 573-7423
        Facsimile: (919) 573-7454
        E-mail: lsumner@nexsenpruet.com