**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-30149 |
| SD- Charlotte, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE THAT the undersigned hereby appears in this matter on behalf of 1810 Wynnton Road, LLC, and requests, as provided in 11 U.S.C. § 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the undersigned at the address set forth below:

The Henderson Law Firm
1120 Greenwood Cliff
Charlotte NC 28204
E-mail:  henderson@title11.com

Dated: March 3, 2020.

**THE HENDERSON LAW FIRM**

 /s/ James H. Henderson
James H. Henderson
State Bar No. 13536
1120 Greenwood Cliff
Charlotte NC 28204
Telephone:     704.333.3444
Facsimile:      704.333.5003
Email:            henderson@title11.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-30149 |
| SD- Charlotte, LLC, et al., ) | Chapter 11 |
| ) | |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day served the attached **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE** via ECF to all parties or their attorneys of record requesting notice and to:

U. S. Bankruptcy Administrator
alexandria_p_kenny@ncwba.uscourts.gov

Dated: March 3, 2020.

**THE HENDERSON LAW FIRM**

/s/ James H. Henderson
James H. Henderson
State Bar No. 13536
1120 Greenwood Cliff
Charlotte NC 28204
Telephone:    704.333.3444
Facsimile:    704.333.5003
Email:    henderson@title11.com