**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SD-Charlotte, LLC, *et al.*,[1] | ) | Case No. 20-30149 (LTB) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that MOD Super Fast Pizza, LLC and MOD Super Fast Pizza Franchising, LLC (collectively, "MOD Super Fast Pizza"), parties in interest, by and through the their undersigned local counsel, hereby enter their appearance pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"), and pursuant to Rule 2002(g) and Bankruptcy Code § 1109(b), hereby requests that all notices given or required to be given and all papers served or required to be served in this case, be given to and served on the following attorneys:

>Deborah L. Fletcher, Esq.
>Fisher Broyles, LLP
>6000 Fairview Road, Suite 1200
>Charlotte, NC 28210
>Direct: (704) 442-7263
>Fax: (704) 731-0694
>Email: dfletcher@fisherbroyles.com

*With A Copy To:*

>C. Kevin Kobbe, Esq.
>DLA Piper LLP (US)
>The Marbury Building
>6225 Smith Avenue
>Baltimore, Maryland 21209
>Phone: (410) 580-4189
>Fax: (410) 580-3189
>Email: kevin.kobbe@dlapiper.com

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: SD-Charlotte, LLC (7237); RTHT Investments, LLC (2540); SD Restaurant Group, LLC (0331); SD-Missouri, LLC (8294); and Southern Deli Holdings, LLC (9425).

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document filed with, or otherwise brought before, this Court with respect to this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by U.S. mail, electronic mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that MOD Super Fast Pizza does not intend that this Notice of Appearance and Request for Service of Papers or any later appearance, pleading, claim or suit to waive: (i) its right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) its right to trial by jury in any proceeding so triable in any case, controversy, or proceeding related to this bankruptcy proceeding; (iii) its right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which it is or may be entitled under agreements, in law or in equity, including the right to contest the jurisdiction of the United States Bankruptcy Court for the Western District of North Carolina over it, all of which rights, claims, actions, defenses, setoffs, and recoupments MOD Super Fast Pizza expressly reserves.

3

Dated: March 4, 2020
      Charlotte, North Carolina

                Respectfully submitted

                */s/ Deborah L. Fletcher*
                Deborah L. Fletcher
                N.C. Bar No. 20254
                FISHERBROYLES LLP
                6000 Fairview Road, Suite 1200
                Charlotte, North Carolina  28210
                (By Appointment Only)
                Telephone: (704) 442-7263
                Facsimile:  (704) 731-0694
                Email: deborah.fletcher@fisherbroyles.com

                ***Attorneys for MOD Super Fast Pizza, LLC and MOD Super Fast Pizza Franchising, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that, on the date set forth below, the foregoing *Notice of Appearance and Request for Service* was electronically filed via the Court's CM-ECF system, which sent notification to all parties registered to receive notice through the Court's CM/ECF system.

Dated: March 4, 2020
Charlotte, North Carolina

                                                        Respectfully submitted

                                                        */s/ Deborah L. Fletcher*
                                                        Deborah L. Fletcher
                                                        FISHERBROYLES LLP
                                                        6000 Fairview Road, Suite 1200
                                                        Charlotte, North Carolina  28210
                                                        (By Appointment Only)
                                                        Telephone: (704) 442-7263
                                                        Facsimile:  (704) 731-0694
                                                        Email: deborah.fletcher@fisherbroyles.com