IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| In re: | Chapter 11 |
|---|---|
| SD-CHARLOTTE, LLC, *et al.*,[1] | Case No. 20-30149-LTB |
| Debtors. | Jointly Administered |

### *EX PARTE* APPLICATION TO EMPLOY SHUMAKER, LOOP & KENDRICK, LLP AS LOCAL CO-COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Official Committee of Unsecured Creditors (the "Committee") of SD-Charlotte, LLC, *et al.*, (the "Debtors") moves the Court for the entry of an order pursuant to 11 U.S.C. §§ 328 and 1103 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 2014-1 and 9013-1(f)(8) of the Rules of Practice and Procedure of the United States Bankruptcy Court for the Western District of North Carolina (the "Local Rules"), authorizing the Committee to retain and employ Shumaker, Loop & Kendrick, LLP ("SLK") as local co-counsel to the Committee in the above-captioned jointly administered Chapter 11 cases (the "Cases") effective as of February 25, 2020.  In support of this application, the Committee respectfully represents as follows:

**JURISDICTION, BACKGROUND, AND BASIS FOR RELIEF**

1.    This Court has jurisdiction over this application pursuant to 28 U.S.C. §§ 157 and 1334.  Consideration of this application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are SD-Charlotte, LLC (7237); RTHT Investments, LLC (2540); SD Restaurant Group, LLC (0331); SD-Missouri, LLC (8294); and Southern Deli Holdings, LLC (9425).

2. On February 7, 2020 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of title 11 of the Bankruptcy Code.

3. The Debtors continue to control their businesses and manage their property as debtors in possession pursuant to §§ 1107(a) and 1108 of the Bankruptcy Code.

4. On February 20, 2020, this Court entered an order appointing the Committee. [Doc. 87]. The Committee is comprised of the following parties: (a) National Retail Properties, Inc., (b) Performance Food Group, Inc., (c) STORE Capital Corporation, and (d) The Merchants Company dba Merchants Foodservice.

5. On February 20, 2020, the Committee selected Pachulski Stang Ziehl & Jones LLP ("PSZ&J") as counsel to the Committee in the Cases.

6. On February 25, 2020, the Committee selected SLK to serve as local co-counsel to the Committee in the Cases.

7. The statutory predicates for the relief requested herein are 11 U.S.C. §§ 328 and 1103, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 9013-1(f)(8).

## RETENTION OF SLK

8. The Committee seeks to retain SLK as local co-counsel effective as of February 25, 2020 because of SLK's extensive experience and knowledge: (a) in the field of debtors' and creditors' rights and business reorganizations under chapter 11 of the Bankruptcy Code, (b) in commercial and bankruptcy litigation, and (c) in practicing before this Court. In addition, the Committee seeks to retain SLK due to its proximity to the Court, and its ability to respond quickly to emergency hearings and other emergency matters in this Court in a cost-effective manner.

9.  The attorneys of SLK are duly admitted to practice in the Bankruptcy Court for the Western District of North Carolina.

10. In addition to SLK, the Committee, by separate application, is seeking to retain the law firm of PSZ&J as lead counsel and co-counsel to the Committee. The Committee submits that it is essential to employ both of these firms in these cases. PSZ&J and SLK have discussed a division of responsibilities regarding representation of the Committee and will make every effort to avoid and/or minimize duplication of effort in these Cases between their firms.

## SERVICES TO BE RENDERED

11. The professional services that SLK is to render as co-counsel to the Committee include, without limitation:

   (a) Assisting, advising, and representing the Committee and lead counsel in consultations with the Debtors and other parties in interest regarding the administration of these Cases;

   (b) Representing the Committee at hearings to be held before this Court and communicating with the Committee and lead counsel regarding the matters heard and issues raised as well as the decisions and considerations of this Court;

   (c) Assisting and advising the Committee and lead counsel in analyzing the Debtors' assets and liabilities, investigating the extent and validity of liens and participating in and reviewing any proposed asset sales, any asset dispositions, financing arrangements and cash collateral stipulations or proceedings;

   (d) Assisting and advising the Committee and lead counsel in any manner relevant to reviewing and determining the Debtors' rights and obligations under leases and other executory contracts;

   (e) Assisting and advising the Committee and lead counsel in investigating the acts, conduct, assets, liabilities, and financial condition of the Debtors, the Debtors' operations and the desirability of the continuance of any portion of those operations, and any other matters relevant to these Chapter 11 Cases;

3

(f) Assisting and advising the Committee in its participation in the negotiation, formulation, and drafting of a plan of liquidation;

(g) Assisting and advising the Committee in understanding its powers and its duties under the Bankruptcy Code and the Bankruptcy Rules and in performing other services as are in the interests of those represented by the Committee;

(h) Assisting and advising the Committee in the analysis, estimation and evaluation of claims and any litigation matters;

(i) Assisting and advising the Committee and lead counsel in preparing appropriate pleadings and proposed orders as may be required in support of positions taken by the Committee; and

(j) Providing such other services to the Committee as may be necessary in these cases.

12. SLK has agreed to act on behalf of, and to render such services to, the Committee, on the terms set forth below.

## CONNECTIONS TO PARTIES IN INTEREST

13. To the best of the Committee's knowledge, and except as set forth in the Declaration of David H. Conaway (the "Declaration") attached hereto as **Exhibit A**, the Committee has determined that SLK does not hold any interest adverse to the Committee or the Debtors' estates, and, while employed by the Committee, will not represent any person having an adverse interest in connection with the Cases.

14. Furthermore, while Section 1103(b) of the Bankruptcy Code does not incorporate the general "disinterestedness" standard set forth in section 327(a) of the Bankruptcy Code with respect to representation of the Committee, the Committee believes that SLK is nonetheless a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code in that the firm, its members, counsel, and associates:

(a) are not creditors, equity security holders, or insiders of the Debtors;

4

(b)      are not and were not, within two years before the date of the filing of the Debtors' chapter 11 petition, directors, officers or employees of the Debtors; and

(c)      do not have any interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors as specified in subparagraph (a) or (b) of this paragraph, or for any other reason.

15. Accordingly, the Committee has determined that (i) SLK is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, (ii) SLK's representation of the Committee is permissible under section 1103(a) of the Bankruptcy Code, and (iii) SLK's services are necessary and in the best interests of the Committee and the Debtors' estates, enabling the Committee to carry out its duties owed.

## **PROFESSIONAL COMPENSATION**

16. Pursuant to section 328(a) of the Bankruptcy Code, the Committee may employ SLK on any reasonable terms and conditions. The Committee submits that the most reasonable terms and conditions are those charged by SLK to the Committee and other clients on an hourly basis in a competitive market for legal services. Therefore, the Committee and SLK have agreed that SLK shall be paid, subject to the approval of this Court, its customary hourly rates for services SLK provides that are in effect from time to time, subject to periodic adjustment, and shall be reimbursed according to SLK's customary reimbursement policies and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any orders relevant thereto, for all services performed and expenses incurred from and after the proposed employment date.

17. The Committee has been advised by SLK that its hourly rates, as of February 25, 2020 are as follows: (a) David H. Conaway $695.00, (b) Ronald D.P. Bruckmann $490.00, and

(c) Cheryl P. Elgin $290.00. The Committee further understands that the hourly rates set forth above are subject to periodic adjustments to reflect established billing practices and procedures as well as economic and other conditions, which adjustments typically occur on January 1 of each year. The Committee consents to such ordinary rate increases.

18. In addition to the hourly rates previously referenced, SLK customarily charges clients for actual and necessary costs of support services the firm provides in connection with a representation, including, without limitation, court reporters, transcripts, witness fees, computerized research, filing fees, photocopying charges, long distance telephone calls, facsimile transmissions, messengers, courier mail, secretarial overtime, temporary services, travel, lodging, and catering for meetings. SLK will charge the cost of these items in a manner and at rates consistent with charges generally made to the firm's clients.

19. SLK has agreed to be employed by the Committee at the firm's customary, hourly rates for comparable matters, including paralegal services, and understands that the firm's compensation is to be paid and the expenses and costs are to be reimbursed pursuant to orders of this Court and are subject to the Court's approval and/or pursuant to any administrative procedures established by Order of the Court.

20. SLK understands and acknowledges that all amounts paid to SLK for compensation and reimbursement of expenses in connection with these chapter 11 case are subject to final allowance by this Court. SLK therefore intends to apply to this Court for periodic allowance of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, Bankruptcy Rules, the Local Rules and any orders relevant thereto for all services performed and expenses incurred after the proposed employment date.

21. SLK has not received any compensation from the Committee or its members and is not holding a retainer in connection with this matter.

22. Attached to this application as Exhibit B is a proposed Order authorizing the engagement of SLK.

## NOTICE

23. This application is being submitted on an *ex parte* basis pursuant to Local Rule 9013-1(f). Upon entry of an order granting the relief requested herein, the Committee will provide notice of entry of the order in accordance with the Bankruptcy Rules, and any party in interest shall be entitled to request that the Court reconsider the relief granted within fourteen (14) days of service of notice of the order.

WHEREFORE, the Committee respectfully requests that an Order be entered authorizing it to retain Shumaker, Loop & Kendrick, LLP to represent it as local co-counsel in these Cases, and providing the Committee such other and further relief as the Court may deem just and proper.

Dated: March 4, 2020             Respectfully Submitted,

THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF SD-CHARLOTTE, LLC, *ET AL.*

By: _/s/_____
Performance Food Group, Inc.
Brad Boe

Solely in its capacity as Chair of the Official Committee of Unsecured Creditors of SD-Charlotte, LLC, *et al.*, and not in any other capacity

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on March 6, 2020, the foregoing was served on all parties included on the attached Master Service List in accordance with the Order Establishing Notice Procedures entered by the Court on February 11, 2020 (Docket No. 47), either by (i) the Court's CM/ECF system or (ii) by U.S. Mail.

                                              /s/ David H. Conaway\_\_\_\_\_
                                              David H. Conaway



**Master Service List**
As of March 4, 2020

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Telephone | Fax Number | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|
| 1810 Wynnton Road, LLC | c/o The Henderson Law Firm | Attn: James H. Henderson | 1120 Greenwood Cliff | Charlotte | NC | 28204 | | 704-333-3444 | 704-333-5003 | henderson@title11.com |
| Advantage II Incorporated, LLC | c/o Munsch Hardt Kopf & Harr, P.C. | Attn: John D. Cornwell & Grant M. Beir | 700 Milam Street Suite 2700 | Houston | TX | 77002 | | 713-222-1470 | 713-222-1475 | jcornwell@munsch.com gbeiner@munsch.com |
| Advantage Platform Services, Inc. | dba Advantage Capital Funding | Attn: CEO/President | 104 E 25th Street, 10th Floor | New York | NY | 10010 | | | | info@advantagecapitalfunding.com |
| AJ Equity Group LLC | Attn: Officer or Director | 1451 47th Street | | Brookland | NY | 11219 | | | | |
| Amur Equipment Finance, Inc. | Attn: Officer or Director | 308 N Locust Street | | Grand Island | NE | 68801 | | | | aeforiginator@amuref.com |
| APP Funding, LLC | Attn: Officer or Director | 85 Broad Street | FL 17 | New York | NY | 10004 | | | | |
| APP Funding, LLC | c/o Bailey & Dixon LLP, Attorneys at Law | Attn: Cody R. Loughridge | PO Box 1351 | Raleigh | NC | 27602 | | 919-828-0731 | 919-828-6592 | cloughridge@bdixon.com |
| APP Funding, LLC | c/o The Law Offices of Jason Gang, PLLC | Attn: Jason A. Gang | 1245 Hewlet Plaza, Suite 478 | Hewlett | NY | 11557 | | 646-389-5610 | | jason@jasongang.com |
| BMF Capital, LLC | Attn: Officer or Director | 1820 Avenue M | Suite 125 | Brooklyn | NY | 11230 | | 646-493-2707 | | funding@bmfcapitallic.com |
| BMF Capital, LLC | c/o Cain and Daniels, Inc. | Attn: Max Lora | 4902 Eisenhower Blvd, 2nd Floor | Tampa | FL | 33634 | | 813-658-3310 | 513-440-6905 | contact@cainanddaniels.com |
| BMF Capital, LLC | c/o Regent & Associates | Attn: Christopher Savoy | 3601 Audubon Pl | Houston | TX | 77006 | | | | christopherhandley@savoyassociates.com |
| Bridge Funding Group, Inc. | Attn: Officer or Director | 215 Shilling Circle | Suite 100 | Hunt Valley | MD | 21031 | | | | dmckew@bankunited.com |
| Bridge Funding Group, Inc. | c/o Cheng Cohen LLC | Attn: Amy Cheng | 363 West Erie Street, Suite 500 | Chicago | IL | 60654 | | | | amy.cheng@chengcohen.com |
| Bridge Funding Group, Inc. | c/o Grier Wright Martinez PA | Attn: A. Cotten Wright | 521 E. Morehead St., Suite 440 | Charlotte | NC | 28202 | | 704-375-3720 | 704-332-0215 | cwright@grierlaw.com |
| Bridge Funding Group, Inc. | c/o Lazer, Aptheker, Rosella & Yedid, PC | Attn: Jennifer L. Silvestro | 225 Old Country Road | Melville | NY | 11747 | | | | silvestro@larypc.com |
| CC Funding | Attn: Officer or Director | 505 Park Avenue | 6th Floor | New York | NY | 10022 | | | | |
| Corporation Service Co, as Representative | Attn: Officer or Director | PO Box 2576 | | Springfield | IL | 62708 | | | | |
| CT Corporation System | Attn: SPRS | 330 N Brand Blvd | | Glendale | CA | 91203 | | | | |
| Dimension Funding, LLC | Attn: Officer or Director | 6 Hughes | Suite 700 | Irvine | CA | 92618 | | | | florida@dimensionfunding.com |
| DLA Piper LLP | Attn: C. Kevin Kobbe | The Marbury Building | 6225 Smith Avenue | Baltimore | MD | 21209-3600 | | | | kevin.kobbe@dlapiper.com |
| DLA Piper LLP | Attn: Daniel Simon | One Atlantic Center | 1201 West Peachtree Street, Suite 2800 | Atlanta | GA | 30309-3450 | | | | daniel.simon@dlapiper.com |
| DLA Piper LLP | Attn: David Avraham | 444 West Lake Street, Suite 900 | | Chicago | IL | 60606-0089 | | | | david.avraham@dlapiper.com |
| EBF Partners, LLC | c/o Max Recovery Group LLC | Attn: Vadim Serebro | 55 Broadway, 3rd Floor | New York | NY | 10006 | | | | legal@maxrecoverygroup.com |
| EBF Partners, LLC | dba Everest Business Funding | 5 West 37th Street, Suite 1100 | | New York | NY | 10018 | | | | isosupport@ev-bf.com |
| Edward Don & Company | c/o Nexsen Pruet, PLLC | Attn: Lisa P. Summer | 4141 ParkLake Ave. | Raleigh | NC | 27612 | | 919-573-7423 | 919-573-7454 | lsumner@nexsenpruet.com |
| EIN CAP, Inc. | Attn: Russell Naftali | 160 Pearl Street | 5th Floor | New York | NY | 10005 | | 646-632-1017 | 800-519-7189 | r.naftali@eincap.com info@eincap.com |
| EIN CAP, Inc. | c/o Joseph S. Koval | 160 Pearl Street, 5th Floor | | New York | NY | 10005 | | | | jkovallaw@gmail.com info@eincap.com |
| FTS Berewick LLC | c/o Offit Kurman, P.A. | Attn: John H. Capitano | 301 S. College Street | Charlotte | NC | 28202-6038 | | | 704-372-2619 | jack.capitano@offitkurman.com |
| Gatsios Living Trust dated November 11, 2011 | c/o Burt & Cordes, PLLC | Attn: Stacy C. Cordes | 122 Cherokee Road | Charlotte | NC | 28207 | | 704-332-3282 | 704-332-3324 | scordes@burtcordeslaw.com |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | | | |
| Itria Ventures LLC | Attn: Jordan Parker | One Penn Plaza, Suite 4530 | | New York | NY | 10119 | | | | |
| Itria Ventures LLC | Attn: Officer or Director | 1000 N West Street, Suite 1200 | | Wilmington | DE | 19801 | | | | |
| Itria Ventures LLC | c/o Kasowitz Benson Torres LLP | Attn: Shai Schmidt & Adam L Shiff | 1400 16th Street, Suite 400 | Denver | CO | 80202 | | | | sschmidt@kasowitz.com |
| Itria Ventures LLC | c/o Kasowitz Benson Torres LLP | | 1633 Broadway | New York | NY | 10019 | | 212-506-1949 212-506-1732 | 212-500-3462 212-835-5003 | ashiff@kasowitz.com |
| Itria Ventures, LLC | c/o Burr & Forman LLP | Attn: Mignon A. Lunsford | 421 Fayetteville Street | Raleigh | NC | 27601 | | 919-334-4709 | 919-573-0771 | mlunsford@burr.com |
| Libertas Funding, LLC | Attn: Officer or Director | 382 Greenwich Avenue, Suite 2 | | Greenwich | CT | 06830 | | | | customer.service@libertasfunding.com |
| Mantis Funding, LLC | Attn: Officer or Director | 64 Beaver Street, Suite 344 | | New York | NY | 10004 | | | | |
| Merchants Food Service | Attn: Tamesha Barnes | PO Box 1351 | | Hattiesburg | MS | 39403-1351 | | | | dstansfield@merchantsfoodservice.com |
| Missouri Department of Revenue | Attn: Seven A. Ginther | PO Box 475 | | Jefferson City | MO | 65105-0475 | | 573-751-5531 | 573-751-7232 | wdincecf@dor.mo.gov |
| MOD Super Fast Pizza, LLC and MOD Super Fast Pizza Franchising, LLC | c/o DLA Piper LLP | Attn: C. Kevin Kobbe | The Marbury Building 6225 Smith Avenue | Baltimore | MD | 21209 | | 410-580-4189 | 410-580-3189 | kevin.kobbe@dlapiper.com |
| MOD Super Fast Pizza, LLC and MOD Super Fast Pizza Franchising, LLC | c/o Fisher Broyles, LLP | | Suite 1200 | Charlotte | NC | 28210 | | 704-442-7263 | 704-731-0694 | dfletcher@fisherbroyles.com |
| National Retail Properties, Inc. | Attn: Christopher Tessitore, Executive Vice President and General Counsel | 450 S. Orange Avenue, Suite 900 | | Orlando | FL | 32801 | | 407-650-1115 | | chris.tessitore@nnreit.com |
| North Carolina Department of Revenue | Attn: Bankruptcy Unit | PO Box 1168 | | Raleigh | NC | 27602-1168 | | | | |
| NWWP LP | c/o Parker Poe Adams & Bernstein LLP | Attn: Ashley A. Edwards | 401 South Tryon Street | Charlotte | NC | 28202 | | 704-372-9000 | | ashleyedwards@parkerpoe.com |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler & Shirley S. Cho & Jason Rosell | 919 N. Market Street, 17th Floor | Wilmington | DE | 19801 | | 302-652-4100 | 302-652-4400 | bsandler@pszjlaw.com scho@pszjlaw.com jrosell@pszjlaw.com |
| Official Committee of Unsecured Creditors | c/o Shumaker, Loop & Kendrick, LLP | Attn: David H. Conaway & Ronald D.P. Bruckmann | 101 S. Tryon Street, Suite 2200 | Charlotte | NC | 28280 | | 704-375-0057 | 704-332-1197 | dconaway@shumaker.com rbuckmann@shumaker.com |
| Performance Food Group, Inc | Attn: Brad Boe | 188 Inverness Drive West | | Centennial | CO | 80112 | | 303-898-8137 | | brad.boe@pfgc.com |
| Region Capital | Attn: Officer or Director | 323 Sunny Isles Blvd, Suite 501 | | Sunny Isles | FL | 33160 | | | | info@regioncapitallic.com |
| Royal Business Group LLC | Attn: Officer or Director | 734 West Broadway | | Woodmere | NY | 11598 | | | | |
| Securities & Exchange Commission | Attn: Office of Reorganization | 950 East Paces Ferry Road, NE | Suite 900 | Atlanta | GA | 30326 | | | | atlanta@sec.gov |
| SRI Holding Company, SRI Operating Company, Sonic Franchising LLC and Sonic Industries LLC | c/o Robinson, Bradshaw & Hinson, P.A. | Attn: David M. Schilli | 101 N Tryon Street, Suite 1900 | Charlotte | NC | 28246 | | 704-377-8346 | 704-373-3946 | dschilli@robinsonbradshaw.com |
| STORE Capital Corporation | Attn: Lyena Hale, SVP Portfolio Management | 8377 E Hartford Dr | Suite 100 | Scottsdale | AZ | 85255 | | 480-256-1100 480-256-1199 | 480-256-1101 | lhale@storecapital.com |
| STORE Capital Corporation and SVCN 1, LLC | c/o Nelson Mullins Riley & Scarborough LLP | Attn: Thomas G. Hooper | 301 South College Street, Suite 2300 | Charlotte | NC | 28202 | | 704-417-3000 | 704-377-4814 | tom.hooper@nelsonmullins.com |
| STORE Master Funding III, LLC | Attn: Officer or Director | 8377 E Hartford Drive | Suite 100 | Scottsdale | AZ | 85255 | | | | lhale@storecapital.com |
| The Merchants Company d/b/a Merchants Foodservice | Attn: Jarrod Gray, Chief Financial Officer | 1100 Edwards Street | | Hattiesburg | MS | 39401 | | 601-584-4634 | | jgray@merchantsfoodservice.com |

SD-Charlotte et, al.
Case No. 20-30149 (LTB)

For assistance, please contact Stretto by emailing TeamSDC@Stretto.com or by calling 855.303.5664 (toll-free).

Page 1 of 2



**Master Service List**
As of March 4, 2020

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Telephone | Fax Number | Email Address |
|---|---|---|---|---|---|---|---|---|---|---|
| The Merchants Company d/b/a Merchants Foodservice | c/o Hull & Chandler, PA | Attn: Felton E. Parrish | 1001 Morehead Square Drive | Charlotte | NC | 28203 | | 704-375-8488 | 704-375-8487 | fparrish@lawyercarolina.com |
| TVT 2.0, LLC | Attn: Customer Service | 1111 Draper Parkway, Suite 200 | | Draper | UT | 84020 | | | | |
| TVT 2.0, LLC | c/o Parson Behle & Latimer | 201 South Main Street, Suite 1800 | | Salt Lake City | UT | 84111 | | | | |
| US Bankruptcy Administrator | Attn: Shelley K. Abel | 402 W. Trade Suite, Suite 200 | | Charlotte | NC | 28202 | | | | shelley_abel@ncwba.uscourts.gov |
| US Department of the Treasury | c/o Internal Revenue Service | Attn: Centralized Insolvency Op | PO Box 7346 | Philadelphia | PA | 19101-7346 | | | | |
| Yaron Goldman | | 131 East Lincoln Avenue, Suite C | | Fort Collins | CO | 80524 | | | | |

SD-Charlotte et. al.
Case No. 20-30149 (LTB)
Page 2 of 2
For assistance, please contact Stretto by emailing TeamSDC@Stretto.com or by calling 855.303.5664 (toll-free).