# United States Bankruptcy Court
# Western District of North Carolina

## MONTHLY STATUS REPORT

**IN RE:**　　　**Southern Deli Holdings, LLC**

**CASE NO:**　**20-30151**

**Reporting Period:**

　　　**FROM:**　**February 7, 2020**

　　　**TO:**　　**February 29, 2020**

I certify under penalty of perjury that the information contained in the attached Monthly Status Report consisting of ____19____ pages (including exhibits and attachments) is true and correct to the best of my knowledge and belief.

Dated: ___3/31/2020___　　　**/s/ Brian Rosenthal**
　　　　　　　　　　　　　　Debtor Representative

I certify that I have reviewed the information contained in the attached Monthly Status Report consisting of pages and based on my knowledge of this case and the debtor's financial and business affairs, this Monthly Status Report is accurate, complete, and does not contain any misrepresentation of which I am aware. I further certify that this report has been served on all parties as required by law or court order.

Dated: ___3/31/2020___　　　**/s/ Hillary B. Crabtree**
　　　　　　　　　　　　　　Attorney for Debtor

## NARRATIVE ON PROGRESS OF CASE:

On February 7, 2020, (the "Petition Date") SD-Charlotte, LLC, SD-Missouri, LLC, Southern Deli Holdings, LLC, RTHT Investments, LLC and SD Restaurant Group, LLC (together, the "Debtors") each commenced a case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina (the "Bankruptcy Court").

The Bankruptcy Court heard a number of first-day motions on February 11, 2020, including, without limitation, (i) motion for authority to use cash collateral and enter into postpetition financing; (ii) motion to determine adequate assurance to utilities; (iii) motion for authority to honor certain prepetition obligations owed to employees and insurance; and (iv) a motion to approve cash management procedures. All first-day motions were granted. A final order approving the Debtors debtor in possession financing was entered on March 16, 2020 [Doc. No. 224].

On February 20, 2020, the Bankruptcy Court entered an order appointing the official committee of unsecured creditors [Doc. No. 87].

The Debtors filed their schedules and statements of financial affairs on March 30, 2020. The section 341 meeting was held on February 18, 2020 and continued to April 10, 2020.

The Court previously entered the Order Granting Motion for Orders (I)(A) Approving Bidding Procedures and Auction and (B) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing the Sale of All of the Debtors' Assets Related to the Sonic Drive-In Restaurants Free and Clear of All Liens, Claims, Encumbrances, and Other Interests; (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Dkt.. 189] (the "Bidding Order"). Pursuant to the terms of the Bidding Order, SRI Operating Company, SD-Charlotte, LLC and SD-Missouri, LLC, entered into that certain Asset Purchase Agreement. The sale was subject to higher and better bids. However, SRI Operating Company remained the successful purchaser. The sale hearing is scheduled for April 8, 2020.

SD Restaurant Group, LLC rejected all of its leases effective as of the Petition Date.

The Debtors continue to market for sale the remaining assets to maximize value for their creditors and will be proposing a liquidating plan.

# CASH RECEIPTS AND DISBURSEMENTS

**BEGINNING CASH POSITION** is the same figure as the **ENDING CASH POSITION** of prior month.

**BEGINNING CASH POSITION**

DATE:  2/7/2020                           AMOUNT:  $609.68

| CASH RECEIPTS | AMOUNT | CASH DISBURSEMENTS | AMOUNT |
|---|---|---|---|
| Description | | Description | |
| Cash Receipts | $5,065.34 | Inventory Purchased | $0.00 |
| Other Receipts | $0.00 | Salaries/Wages | $0.00 |
| | | Taxes (Total) | $0.00 |
| | | G&A | ($8,955.85) |
| | | Insurance (Total) | $0.00 |
| | | Unsecured Loan Payments | $0.00 |
| | | Utilities (Total) | $0.00 |
| | | Rent | $0.00 |
| | | Professional Fee | $0.00 |
| | | Maintenance/Repair | $0.00 |
| | | OTHER DISBURSEMENTS (List) | $0.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTAL CASH RECEIPTS | $5,065.34 | TOTAL DISBURSEMENTS | ($8,955.85) |
| | | | |

**ENDING CASH POSITION**

DATE:  2/29/2020                         AMOUNT:  ($3,280.83)

# PAYMENTS TO SECURED CREDITORS

____    No Secured Debt

_X_    No Secured Debt Payments Made During Reporting Period

____    All Secured Debt Payments Made During Reporting Period Are Listed Below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | AMOUNT |  |

# PAYMENTS ON PRE-PETITION DEBT

_X_    No payments have been made on pre-petition unsecured debt during the reporting period.

____    All payments made on pre-petition unsecured debt during reporting period are listed below:

| CREDITOR | COLLATERAL | DATE OF PAYMENT | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank: **Bank of America**

Address: 100 North Tyron St
  Street and/or P. O. Box Number

Charlotte                    NC          28202
  City                       State       Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):   Operating

Account Number:   xxxx-xxxx-5758

DATE PERIOD BEGINS:   2/7/2020

Ending Balance (per the attached
bank statement for this period)   $  -3,289.05

Outstanding Deposits and Other
Credits Not On Statement   $  0

Outstanding Checks and Other
Debits Not On Statement   $  0

Ending Reconciled Balance*   $  -3,289.05

DATE PERIOD ENDS:   2/29/2020

Highest Daily Balance During Above Period $  1,805.75
*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

# BANK ACCOUNTS

> **ALL BANK STATEMENTS MUST BE ATTACHED**
>
> **FOR EACH ACCOUNT.  PLEASE REPRODUCE THIS PAGE**
>
> **AND COMPLETE A SEPARATE PAGE FOR EACH ACCOUNT.**
>
> **ATTACH BANK STATEMENT TO CORRESPONDING PAGE.**

Name of Bank:  <u>Bank of America</u>

Address:  <u>100 North Tyron St</u>
Street and/or P. O. Box Number

<u>Charlotte</u>            <u>NC</u>        <u>28202</u>
City                State      Zip Code

Type of Account:
(i.e., Payroll, Tax, Operating):   <u>Disbursement</u>

Account Number:   <u>xxxx-xxxx-5842</u>

DATE PERIOD BEGINS:   <u>2/7/2020</u>

Ending Balance (per the attached
bank statement for this period)   $   <u>8.22</u>

Outstanding Deposits and Other
Credits Not On Statement   $   <u>0</u>

Outstanding Checks and Other
Debits Not On Statement   $   <u>0</u>

Ending Reconciled Balance*   $   <u>8.22</u>

DATE PERIOD ENDS:   <u>2/29/2020</u>

Highest Daily Balance During Above Period $   <u>8.22</u>
*The sum of the ending balances of all accounts must reconcile with the Ending Cash Position on the Cash
Receipts and Disbursements page.

# SALARY/COMMISSION/INDEPENDENT CONTRACTOR PAYMENTS

Insiders* (List name(s) and describe type of insider):

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| None | | $ |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## Non-Insider Employees:
Type (i.e., Salaried, Wage)                                    AMOUNT PAID

| | | |
|------|------|-------------|
| None | | $ |
| | | $ |
| | | $ |
| | | $ |

## Commission/Bonus Payments:

| | |
|------|-------------|
| None | $ |
| | $ |
| | $ |
| | $ |

## Independent Contractors:

| NAME | TYPE | AMOUNT PAID |
|------|------|-------------|
| None | | $ |
| | | $ |
| | | $ |
| | | $ |

**Total      Salary/Wage/Commission/
Payments**                                                    $

\* "Insider" is defined in 11U.S.C. Sec101(31)

# SALES/ACCOUNTS RECEIVABLE

I.   Accounts Receivable Pending As of: $0.00
2/7/2020

II.  Sales (gross) During Reporting Period: $    0.00

III. Collections of Accounts Receivable
     During Reporting Period: $    0.00

IV.  New Accounts Receivables Generated
     During Reporting Period: $    0.00

| Pending Pre & Post Petition | Total | Collectible | Uncollectible |
|---|---|---|---|
| 0-30 DAYS | $0 | $0 | $0 |
| 31-60 DAYS | $0 | $0 | $0 |
| 61-90 DAYS | $0 | $0 | $0 |
| 91-120 DAYS | $0 | $0 | $0 |
| 120 DAYS AND OVER | $0 | $0 | $0 |
| TOTAL | $0 | $0 | $0 |

# INVENTORY (Cost Basis)

Beginning Date:    2/7/2020              Ending Date:        2/29/2020

**LIST BY CATEGORY OF INVENTORY USED FOR PRODUCTION OR RESALE*:**

| CATEGORY | BEGINNING | USED | ADDED | ADJUSTED | ENDING |
|---|---|---|---|---|---|
| Food and Paper Supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| | $ | $ | $ | $ | $ |
| TOTALS | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Exclude capital items such as machinery and equipment and consumable items such as fuel and general supplies.

# ACCRUED POST-PETITION LIABILITIES

 X      No accrued liabilities existed at the end of this reporting period.

___     All accrued liabilities existing at the end of this reporting period are listed below or on the sheet (s) attached.  Exclude current liabilities which are NOT past due

| NAME OF CREDITOR | DUE DATE | AMOUNT DUE |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Total Accrued Liabilities                 $    0.00

# AFFIRMATIONS

1.   Yes __X__   No _____   All tangible assets of this bankruptcy estate are adequately and properly insured and all other insurance required by law or prudent business judgment are in force.

2.   Yes __X__   No _____   All insurance policies and renewals if applicable, have been submitted to the Bankruptcy Administrator.

3.   Yes __X__   No _____   All tax returns have been filed timely and payments made. Copies of returns have been filed post-petition have been submitted to the Bankruptcy Administrator.

4.   Yes __X__   No*_____   All post-petition taxes have been paid or deposited into a designated tax account.

5.   Yes __X__   No _____   New Debtor-In-Possession (DIP) bank accounts have been opened and have been reconciled.

6.   Yes __X__   No _____   New DIP financial books and records have been opened and are being maintained monthly and are current.

*      If the response is "no", a listing must appear on the Accrued Post-Petition Liabilities sheet. The listing must include the name of the taxing authority, type of tax, the amount due and the period the tax was incurred.



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☐ Customer service: 1.888.400.9009

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa,  FL 33622-5118

SOUTHERN DELI HOLDINGS LLC
CHAPTER 11 DEBTOR-IN-POSSESSION
OPERATING ACCOUNT
131 E LINCOLN AVE STE C
FORT COLLINS, CO  80524-4413

# Your Full Analysis Business Checking

for February 1, 2020 to February 29, 2020                    Account number:  ████ 5758

**SOUTHERN DELI HOLDINGS LLC    CHAPTER 11 DEBTOR-IN-POSSESSION    OPERATING ACCOUNT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2020 | $101.46 | # of deposits/credits: 27 |
| Deposits and other credits | 5,565.34 | # of withdrawals/debits: 10 |
| Withdrawals and other debits | -5,094.80 | # of days in cycle: 29 |
| Checks | -0.00 | Average ledger balance: -$250.06 |
| Service fees | -3,861.05 | |
| **Ending balance on February 29, 2020** | **-$3,289.05** | |

SOUTHERN DELI HOLDINGS LLC   |   Account #               |   February 1, 2020 to February 29, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  – Tell us your name and account number.
  – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender

**BANK OF AMERICA** 🇺🇸

<span style="color:red">**Your checking account**</span>

SOUTHERN DELI HOLDINGS LLC   |   Account # ██████ 5758   |   February 1, 2020 to February 29, 2020

# Deposits and other credits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 02/05/20 | ACCOUNT TRANSFER TRSF FROM ██████ 2862 2025856012 | | 906802050009228 | 500.00 |
| 02/21/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040401880  INDN:MCALISTER'S ONLINE  10 CO ID:9393921520 CCD | | 902551012039736 | 368.84 |
| 02/21/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040412887  INDN:MCALISTER'S ONLINE  12 CO ID:9393921520 CCD | | 902551012039741 | 306.26 |
| 02/21/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040413885  INDN:MCALISTER'S ONLINE  13 CO ID:9393921520 CCD | | 902551012039742 | 224.36 |
| 02/21/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040405881  INDN:MCALISTER'S ONLINE 118  CO ID:9393921520 CCD | | 902551012039738 | 177.27 |
| 02/21/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040408885  INDN:MCALISTER'S ONLINE 123  CO ID:9393921520 CCD | | 902551012039739 | 164.23 |
| 02/21/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040402888  INDN:MCALISTER'S ONLINE  10 CO ID:9393921520 CCD | | 902551012039737 | 163.98 |
| 02/21/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040411889  INDN:MCALISTER'S ONLINE  12 CO ID:9393921520 CCD | | 902551012039740 | 97.94 |
| 02/21/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040400882  INDN:MCALISTER'S #OLO 1045 CO ID:9393921520 CCD | | 902551012039735 | 81.69 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040405881  INDN:MCALISTER'S ONLINE 118  CO ID:9393921520 CCD | | 902552016511317 | 377.66 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040401880  INDN:MCALISTER'S ONLINE  10 CO ID:9393921520 CCD | | 902552016511315 | 360.31 |

*continued on the next page*

SOUTHERN DELI HOLDINGS LLC   |   Account #  ▓▓▓▓▓▓▓▓   |   February 1, 2020 to February 29, 2020

# Deposits and other credits - continued

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040400882  INDN:MCALISTER'S #OLO 1045 CO ID:9393921520 CCD | | 902555016489389 | 309.36 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040412887  INDN:MCALISTER'S ONLINE  12 CO ID:9393921520 CCD | | 902552016511320 | 304.97 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040414883  INDN:MCALISTER'S ONLINE 143  CO ID:9393921520 CCD | | 902555016489397 | 263.09 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040401880  INDN:MCALISTER'S ONLINE  10 CO ID:9393921520 CCD | | 902555016489390 | 256.10 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040408885  INDN:MCALISTER'S ONLINE 123  CO ID:9393921520 CCD | | 902552016511318 | 246.65 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040402888  INDN:MCALISTER'S ONLINE  10 CO ID:9393921520 CCD | | 902555016489391 | 201.82 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040400882  INDN:MCALISTER'S #OLO 1045 CO ID:9393921520 CCD | | 902552016511314 | 186.03 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040402888  INDN:MCALISTER'S ONLINE  10 CO ID:9393921520 CCD | | 902552016511316 | 151.27 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040413885  INDN:MCALISTER'S ONLINE  13 CO ID:9393921520 CCD | | 902552016511321 | 148.04 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040408885  INDN:MCALISTER'S ONLINE 123  CO ID:9393921520 CCD | | 902555016489393 | 143.41 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040412887  INDN:MCALISTER'S ONLINE  12 CO ID:9393921520 CCD | | 902555016489395 | 132.51 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040402888  INDN:MCALISTER'S ONLINE  10 CO ID:9393921520 CCD | | 902555016489482 | 117.18 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040405881  INDN:MCALISTER'S ONLINE 118  CO ID:9393921520 CCD | | 902555016489392 | 82.35 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040413885  INDN:MCALISTER'S ONLINE  13 CO ID:9393921520 CCD | | 902555016489396 | 80.50 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040411889  INDN:MCALISTER'S ONLINE  12 CO ID:9393921520 CCD | | 902555016489394 | 70.39 |
| 02/24/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040411889  INDN:MCALISTER'S ONLINE  12 CO ID:9393921520 CCD | | 902552016511319 | 49.13 |

**Total deposits and other credits**      **$5,565.34**

**BANK OF AMERICA**

<span style="color:red">**Your checking account**</span>

SOUTHERN DELI HOLDINGS LLC   |   Account #  ▮▮▮▮▮ 5758   |   February 1, 2020 to February 29, 2020

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 02/27/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040412887  INDN:MCALISTER'S ONLINE  12 CO ID:9393921520 CCD | | 902557024145133 | -743.74 |
| 02/27/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040413885  INDN:MCALISTER'S ONLINE  13 CO ID:9393921520 CCD | | 902557024145134 | -452.90 |
| 02/27/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040411889  INDN:MCALISTER'S ONLINE  12 CO ID:9393921520 CCD | | 902557024145132 | -121.02 |
| 02/28/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040408885  INDN:MCALISTER'S ONLINE  123  CO ID:9393921520 CCD | | 902558022456761 | -1,061.92 |
| 02/28/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040401880  INDN:MCALISTER'S ONLINE  10 CO ID:9393921520 CCD | | 902558022456758 | -925.56 |
| 02/28/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040405881  INDN:MCALISTER'S ONLINE  118  CO ID:9393921520 CCD | | 902558022456760 | -637.28 |
| 02/28/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040400882  INDN:MCALISTER'S #OLO 1045 CO ID:9393921520 CCD | | 902558022456757 | -577.08 |
| 02/28/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040402888  INDN:MCALISTER'S ONLINE  10 CO ID:9393921520 CCD | | 902558022456759 | -520.38 |
| 02/28/20 | MERCHANT BNKCD   DES:DEPOSIT ID:334040411889  INDN:MCALISTER'S ONLINE  12 CO ID:9393921520 CCD | | 902558022456762 | -54.92 |

**Total withdrawals and other debits**  **-$5,094.80**

## Service fees

| Date | Transaction description | Amount |
|------|------------------------|--------|
| 02/18/20 | 01/20 ACCT ANALYSIS FEE | -3,861.05 |

**Total service fees**  **-$3,861.05**

*Note your Ending Balance already reflects the subtraction of Service Fees.*

SOUTHERN DELI HOLDINGS LLC  |  Account #  ███████  |  February 1, 2020 to February 29, 2020

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 02/01 | 101.46 | 02/21 | -1,675.02 | 02/27 | 488.09 |
| 02/05 | 601.46 | 02/24 | 1,805.75 | 02/28 | -3,289.05 |
| 02/18 | -3,259.59 | | | | |



P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

📱 Customer service: 1.888.400.9009

✉️ bankofamerica.com

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa,   FL 33622-5118

SOUTHERN DELI HOLDINGS LLC
CHAPTER 11 DEBTOR-IN-POSSESSION
DISBURSEMENT ACCOUNT
131 E LINCOLN AVE STE C
FORT COLLINS, CO  80524-4413

# Your Full Analysis Business Checking - Small Business

for February 1, 2020 to February 29, 2020                    Account number: ███ 5842

**SOUTHERN DELI HOLDINGS LLC    CHAPTER 11 DEBTOR-IN-POSSESSION    DISBURSEMENT ACCOUNT**

## Account summary

| | | |
|---|---|---|
| Beginning balance on February 1, 2020 | $9,008.22 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 1 |
| Withdrawals and other debits | -9,000.00 | # of days in cycle: 29 |
| Checks | -0.00 | Average ledger balance: $939.25 |
| Service fees | -0.00 | |
| **Ending balance on February 29, 2020** | **$8.22** | |

SOUTHERN DELI HOLDINGS LLC    |    Account #           | February 20, 2020 to February 29, 2020

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2020 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender



**Your checking account**

SOUTHERN DELI HOLDINGS LLC   |   Account #  ████ 5842   |   February 1, 2020 to February 29, 2020

## Withdrawals and other debits

| Date | Transaction description | Customer reference | Bank reference | Amount |
|------|------------------------|--------------------|----------------|--------|
| 02/04/20 | ACCOUNT TRANSFER TRSF TO ████3048 | 2024918598 | 906802040009055 | -9,000.00 |
| **Total withdrawals and other debits** | | | | **-$9,000.00** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) |
|------|-------------|------|------------|
| 02/01 | 9,008.22 | 02/04 | 8.22 |

This page intentionally left blank