

## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF NORTH CAROLINA

401 West Trade Street  
Charlotte, N.C. 28202

Steven T. Salata  
**Clerk of Court**

100 Otis Street  
Room 106  
Asheville, N.C. 28801

July 8, 2020

Hillary B. Crabtree  
Moore & Van Allen PLLC  
100 N. Tryon Street, Suite 4700  
Charlotte, NC 28202−4003

In Re:   Debtor(s):  SD−Charlotte, LLC  
         Case No.   20−30149  
         Preparation for Chapter 11 Confirmation Hearing

Dear Sir/Madame:

The following are some instructions for the voting and confirmation of plans.

1. **BALLOTS.** Ballots should be mailed only to creditors who are qualified under § 1126(a) to vote. This requires the debtor's attorney to screen the court's mailing matrix to delete any names that are ineligible. After the mailing of the ballots, the debtor's attorney must file a certificate of service with the court within three (3) days listing the names and addresses of creditors to whom ballots were actually sent.

2. **TABULATION OF BALLOTS.** Ballots are to be tabulated by the plan proponent pursuant to Local Rule 3018−1.

3. **CONFIRMATION HEARING.** The confirmation hearing is an evidentiary hearing, and the debtor's attorney must appear at the confirmation hearing prepared to prove that the requirements of § 1129 have been satisfied. Regardless of the vote tabulation, a plan cannot be confirmed without a record being made from which the court can find that all of the necessary elements for confirmation are present.

Very truly yours,

Steven T. Salata  
Clerk of Court



**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 20−30149
Chapter 11

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
SD−Charlotte, LLC
131 East Lincoln Avenue
Suite C
Fort Collins, CO 80524
Social Security No.:
Debtor EIN:
82−3487237

# REPORTING OF VOTING
# ON PLAN OF REORGANIZATION

The above−named debtor, by and through the undersigned counsel, respectfully submits the following as a report of the ballots received for each class of creditors and interests entitled to vote and included in the plan:

| Class | Creditor Name | Amount of Claim | Vote |
|---|---|---|---|

| | | Number | Amount |
|---|---|---|---|
| Class Summary: | Total Acceptances | | |
| | Total Rejections | | |
| | Total Did Not Vote | | |

(Repeat for each class)

From the foregoing, it is respectfully submitted that the debtor has received the requisite acceptances for confirmation of its Chapter 11 plan.

SIGNED: _____
DATE: _____