FILED & JUDGMENT ENTERED
Steven T. Salata

July 8 2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina



_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SD-CHARLOTTE, LLC, *et al.*,[1] | Case No. 20-30149-LTB |
| Debtors. | Jointly Administered |

**ORDER GRANTING FIRST INTERIM APPLICATION OF SHUMAKER, LOOP & KENDRICK, LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM FEBRUARY 25, 2020 THROUGH AND INCLUDING MAY 31, 2020**

This matter came before the Court upon the *First Interim Application of Shumaker, Loop & Kendrick, LLP for Allowance of Compensation for Services and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from February 25, 2020 through May 31, 2020* (the "Interim Fee Application")[2] filed by Shumaker, Loop & Kendrick, LLP as local co-counsel to the Official Committee of Unsecured Creditors (the "Committee"); the Court having reviewed the Interim Fee Application; the Court having found that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 1334, (b) this

---

[1] The Debtors, together with the last four digits of each Debtor's federal tax identification number, are: SD-Charlotte, LLC (7237); RTHT Investments, LLC (2540); SD Restaurant Group, LLC (0331); SD-Missouri, LLC (8294); and Southern Deli Holdings, LLC (9425).

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Interim Fee Application.

is a core proceeding pursuant to 28 U.S.C. § 157(b), (c) notice of the Interim Fee Application and the notice of an opportunity for hearing were served upon the parties required by Local Rule 2002-1(g) and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Retained Professionals* entered on March 6, 2020 [Docket No. 190] (the "Interim Compensation Order") and no other or further notice is required, (d) the compensation requested in the Interim Fee Application is reasonable and for actual and necessary services rendered by Shumaker, Loop & Kendrick, LLP on behalf of the Committee during the period from February 25, 2020 through May 31, 2020 (the "Application Period"), (e) the expenses for which reimbursement is sought in the Interim Fee Application are actual and necessary expenses incurred by Shumaker, Loop & Kendrick, LLP during the Application Period on behalf of the Committee, and (f) the Interim Fee Application fully complies with the Interim Compensation Order, the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Compensation Guidelines; and the Court having determined that the legal and factual bases set forth in the Interim Fee Application establish just cause for the relief granted herein:

IT IS ORDERED THAT:

1. The Interim Fee Application is GRANTED.

2. Shumaker, Loop & Kendrick, LLP is awarded, on an interim basis, compensation for professional services rendered during the Application Period in the amount of $45,124.00 and reimbursement for actual and necessary expenses incurred by Shumaker, Loop & Kendrick, LLP during the Application Period in the amount of $1,124.00.

3. The Debtor is authorized and directed to pay promptly to Shumaker, Loop & Kendrick, LLP the amount of fees and expenses approved by this Order, to the extent that such amounts have not previously been paid by the Debtor.

4. The Debtor and Shumaker, Loop & Kendrick, LLP are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. This Court shall retain exclusive jurisdiction over any and all matters arising from or related to the implementation, enforcement or interpretation of this Order.

**This Order has been signed electronically.**         **United States Bankruptcy Court**
**The judge's signature and court's seal**
**appear at the top of the Order.**